IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE CASAS JR., | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-16-027 |
| | § | CRIMINAL NO. B-06-035-1 |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

# ORDER

Pending is the United States Magistrate Judge's May 27, 2016, Report and Recommendation in the above-referenced cause of action. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be adopted. Therefore, Petitioner Jose Casas Jr.'s Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is dismissed for lack of jurisdiction. The issuance of a Certificate of Appealability is denied.

Signed this 20th day of June, 2017.

Andrew S. Hanen
United States District Judge